IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :
                           :
         vs.               :    CRIMINAL NO. 08-678
                           :
THOMAS MATTEW

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

**AND NOW**, this **14th** day of **April, 2010,** came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

**[X]**   A jury has been waived, and the Court has found the defendant not guilty as to: Counts 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15, 16,17,18,19 & 20.

[ ]   The jury has returned its verdict, finding the defendant not guilty as to:

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

                                        BY THE COURT:


                                         s/ Eduardo C. Robreno
                                        EDUARDO C. ROBRENO , J.

cc:   U.S. Marshal
      Probation Office
      Pretrial Services
      A. Shuman
      T. Zalesk

 4/14/10            RV
  Date           By Whom