IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 08-678 |
| v. | : | |
| | : | |
| THOMAS MATHEW | : | |

# **J U D G M E N T**

**AND NOW**, this **15th** day of **April, 2010**, it is hereby **ORDERED** that, pursuant to the accompanying findings of fact and conclusions of law, it is ordered that:

- As to Count 1, for wire fraud, in violation of 18 U.S.C. § 1343, Defendant is found not guilty;

- As to Count 2, for wire fraud, in violation of 18 U.S.C. § 1343, Defendant is found not guilty;

- As to Count 3, for wire fraud, in violation of 18 U.S.C. § 1343, Defendant is found not guilty;

- As to Count 4, for wire fraud, in violation of 18 U.S.C. § 1343, Defendant is found not guilty;

- As to Count 5, for wire fraud, in violation of 18 U.S.C. § 1343, Defendant is found not guilty;

- As to Count 6, for wire fraud, in violation of 18 U.S.C. § 1343, Defendant is found not guilty;

- As to Count 7, for theft or bribery, as an agent and owner of a school receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(1)(A) and (b), Defendant is found not guilty;

- As to Count 8, for issuing false statements to a

federal official, in violation of 18 U.S.C. § 1001, Defendant is found not guilty;

- As to Count 9, for issuing false statements to a federal official, in violation of 18 U.S.C. § 1001, Defendant is found not guilty;

- As to Count 10, for issuing false statements to a federal official, in violation of 18 U.S.C. § 1001, Defendant is found not guilty;

- As to Count 11, for issuing false statements to a federal official, in violation of 18 U.S.C. § 1001, Defendant is found not guilty;

- As to Count 12, for issuing false statements to a federal official, in violation of 18 U.S.C. § 1001, Defendant is found not guilty;

- As to Count 13, for issuing false statements to a federal official, in violation of 18 U.S.C. § 1001, Defendant is found not guilty;

- As to Count 14, for mail fraud and aiding and abetting a scheme of fraud regarding unemployment compensation, in violations of 18 U.S.C. §§ 1341 and 2, Defendant is found not guilty;

- As to Count 15, for mail fraud and aiding and abetting a scheme of fraud regarding unemployment compensation, in violations of 18 U.S.C. §§ 1341 and 2, Defendant is found not

guilty;

- As to Count 16, for mail fraud and aiding and abetting a scheme of fraud regarding unemployment compensation, in violations of 18 U.S.C. §§ 1341 and 2, Defendant is found not guilty;

- As to Count 17, for mail fraud and aiding and abetting a scheme of fraud regarding unemployment compensation, in violations of 18 U.S.C. §§ 1341 and 2, Defendant is found not guilty;

- As to Count 18, for mail fraud and aiding and abetting a scheme of fraud regarding unemployment compensation, in violations of 18 U.S.C. §§ 1341 and 2, Defendant is found not guilty;

- As to Count 19, for mail fraud and aiding and abetting a scheme of fraud regarding unemployment compensation, in violations of 18 U.S.C. §§ 1341 and 2, Defendant is found not guilty;

- As to Count 20, for mail fraud and aiding and abetting a scheme of fraud regarding unemployment compensation, in violations of 18 U.S.C. §§ 1341 and 2, Defendant is found not guilty.

**AND IT IS SO ORDERED.**

  S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**